

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jeff Neely,

\* From the 142nd District Court
of Midland County,
Trial Court Nos. CV59205 and CV59782.

Vs. No. 11-23-00152-CV

\* January 24, 2025

Midland Community Theater
Board of Trustees; Jessi Willman;
Joshua Sparks; Brad Bullock; Lisa Durgin;
Brennan Berry; Jeff Bryden; Kenny Lunda;
Brad McGee; Shaun Rainey; Peter Schrenkel;
John Wilkinson; Brockett, McNeel &
Pocsik LLP; Paul Mangum; Steve Pocsik;
and Laura Wolf,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Jeff Neely.